UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-02071 MWC (PDx) Date: May 13, 2025

Title Robert R. Fine v. Kansas City Life Insurance Company

Present: The Honorable: Michelle Williams Court, United States District Judge

| | |
|---|---|
| T. Jackson | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: Order STRIKING motion *in limine* No. 1 (Dkt. # 333) and deeming MOOT request for special evidentiary hearing (Dkt. # 334)**

On April 25, 2025, Defendant Kansas City Life Insurance Company ("Defendant") filed motion *in limine* No. 1 to exclude testimony of Scott Witt. Dkt. # 333. Defendant further filed a request for special hearing on the motion *in limine*. Dkt. # 334. Plaintiff Robert R. Fine ("Plaintiff") opposed and moved to strike Defendant's motion. Dkts. # 339–41.

On March 7, 2025, this Court ordered, "the final pretrial conference and motions in limine hearing will be held at 1:30 p.m., on August 8, 2025." Dkt. # 288. The Court's Civil Trial Order states "Motions in limine will be heard and ruled on at the FPTC." *Civil Trial Order* 6:5.

Accordingly, the Court **STRIKES** Defendant's motion *in limine* No. 1 as untimely. Defendant's request for a special hearing on the motion *in limine* is deemed **MOOT**.

**IT IS SO ORDERED.**

:

**Initials of Preparer** T.J.