**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT R. FINE, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:22-cv-02071-MWC-PD<br><br>**ORDER GRANTING STIPULATION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI (DKT. 367)**<br><br>**JS-6** |

Before the Court is Plaintiff Robert R. Fine and Defendant Kansas City Life Insurance Company's Stipulation for Transfer to the United States District Court for the Western District of Missouri for the resolution of settlement approval proceedings related to the Parties' Settlement of the claims in this case as well as those of a nationwide class of owners of the same universal life insurance and variable universal life insurance policy forms at issue here. Having considered the Consent Motion, the Court concludes that the requirements for transfer pursuant to 28 U.S.C. § 1404(a) are satisfied, including that the convenience of the parties and the interests of justice warrant transfer. The Parties' motion for transfer is therefore **GRANTED**.

1  **IT IS HEREBY ORDERED THAT** this case is transferred to the United
2  States District Court for the Western District of Missouri.
3
4  **IT IS SO ORDERED.**
5
6  Dated:  August 8, 2025
7
8  HON. MICHELLE WILLIAMS COURT
   UNITED STATES DISTRICT JUDGE